# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158192(29)

HELEN ALFORD, Personal Representative of
the ESTATE OF ANDREW EARL MARTIN,
                 Plaintiff-Appellee,
and

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
                 Intervening Plaintiff,

v

VHS DETROIT RECEIVING HOSPITAL,
INC., d/b/a DETROIT RECEIVING
HOSPITAL AND UNIVERSITY HEALTH
CENTER, MELISSA MERKLER, R.N.,
JONATHAN SULLIVAN, M.D., and MEDICAL
CENTER EMERGENCY SERVICES,
                 Defendants-Appellees,
and

LASHAWN L. THERRELL, M.D.,
                 Defendant-Appellant.
_____/

SC: 158192
COA: 342199
Wayne CC: 16-002683-NH

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply will be accepted as timely filed if submitted on or before November 1, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2018



Clerk